FILED
JAMES J. VILT, JR. - CLERK
JUN - 4 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:24 CR 64 RGJ

**JEREMY PRICE**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Possession with Intent to Distribute Methamphetamine*)

On or about August 29, 2023, in the Western District of Kentucky, Bullitt County, Kentucky, **JEREMY PRICE**, defendant herein, knowingly possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

The Grand Jury further charges:

COUNT 2
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about August 29, 2023, in the Western District of Kentucky, Bullitt County, Kentucky, **JEREMY PRICE**, defendant herein, did knowingly possess a firearm in furtherance

of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in this Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 3

*(Possession of a Firearm by a Prohibited Person)*

On or about August 29, 2023, in the Western District of Kentucky, Bullitt County, Kentucky, **JEREMY PRICE**, defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Pioneer Arm Corp, AK-47, 7.62x39 caliber rifle bearing serial number PAC1138165; a Remington Arms, model 1100, 12 gauge shotgun, bearing serial number L478027V; a Remington Arms, model 1187, 12 gauge shotgun, bearing serial number PC566784; a Thompson Center Encore model, .270 caliber rifle, bearing serial number PS58556; a Savage, model 11, .308 caliber rifle, bearing serial number J688795; a Glock, model 30S, .45 caliber pistol, bearing serial number YVV438; a Davis Industries, Derringer model, .22 caliber pistol, bearing serial number 557586; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 14, 2016, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-0188, **JEREMY PRICE**, was convicted of the offenses of Trafficking in a Controlled Substance in the 2nd Degree and Tampering with Physical Evidence;
>
> On or about April 9, 2010, in Meade Circuit Court, Meade County, Kentucky, in Case Number 10-CR-0029, **JEREMY PRICE**, was convicted of the offense of Convicted Felon in Possession of a Firearm;

On or about March 29, 2007, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 07-CR-0824, **JEREMY PRICE**, was convicted of the offense of Trafficking in Methamphetamine; and

On or about May 28, 2003, in Meade Circuit Court, Meade County, Kentucky, in Case Number 02-CR-0151, **JEREMY PRICE**, was convicted of the offense of Burglary in the 2nd Degree.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), as charged in this Indictment, a felony punishable by imprisonment for more than one year, **JEREMY PRICE**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant's obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in this Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **JEREMY PRICE**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, a Pioneer Arm Corp, AK-47, 7.62x39 caliber rifle bearing serial number PAC1138165; a Remington Arms, Model 1100, 12 gauge shotgun, bearing serial number L478027V; a Remington Arms, model 1187, 12 gauge shotgun, bearing serial number PC566784; a Thompson Center Encore model, .270 caliber rifle, bearing serial number PS58556; a Savage, model 11, .308

caliber rifle, bearing serial number J688795; a Glock, model 30S, .45 caliber pistol, bearing serial number YVV438; a Davis Industries, Derringer model, .22 caliber pistol, bearing serial number 557586; and ammunition.

A TRUE BILL.

Redacted

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP:06/04/2024

UNITED STATES OF AMERICA v. **JEREMY PRICE**

## PENALTIES

| | |
|---|---|
| Count 1: | NL 10 yrs./NM Life/NM $10,000,000/both/NL 5 yrs. Supervised Release (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior qualifying conviction) |
| Count 2: | NL 5 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release (consecutive) |
| Count 3: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.